# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| Dennis Hanscom ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:24-cv-277 |
| NordSec LTD, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dennis Hanscom.

Date: 03/05/2024

s/ Kathryn Anne B. Robinson
*Attorney's signature*

Kathryn Anne B. Robinson, 61092
*Printed name and bar number*

Milberg Coleman Bryson Phillips Grossman PLLC
900 W. Morgan St
Raleigh, NC 27603
*Address*

krobinson@milberg.com
*E-mail address*

(919) 600-5007
*Telephone number*

(919) 600-5035
*FAX number*