UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION DOCKET
NO. 3:24-cv-277- KDB-DCK

| | |
|---|---|
| Dennis Hanscom, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORDSEC LTD., NORDSEC B.V., )<br>NORDVPN S.A., NORD SECURITY )<br>INC., and TEFINCOM S.A. d/b/a )<br>NordVPN, )<br>)<br>Defendants. ) | MOTION FOR ADMISSION<br>*PRO HAC VICE*<br>and AFFIDAVIT |

NOW COMES __Scott C. Harris__ ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of __Ethan D. Roman__ ("Applicant"), who seeks permission to represent __Plaintiff Dennis Hanscom__ ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is __New York__.

2. Applicant practices under the name of or as a member of the following firm:

**Firm Name:** Wittels McInturff Palikovic
**Mailing Address:** 305 Broadway, 7th Floor
**City / State / Zip:** New York, NY 10007
**Telephone Number:** 914-775-8862   **Facsimile Number:** 914-775-8862
**Email Address (required):** edr@wittelslaw.com

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:
Southern District of New York, Eastern District of New York, District of Colorado, Court of Appeals for the Second Circuit.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel will confer with counsel for the other parties regarding appearance of attorneys *pro hac vice* as soon as is practicable.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

By signing this Motion, we so certify.

This, the \_\_\_11th_____ day of \_\_\_\_March_____, 2024.

| */s/ Scott C. Harris* | /s/ Ethan D. Roman |
|---|---|
| Local Counsel | Applicant |

| | |
|---:|:---|
| Attorney Name | Scott C. Harris |
| Bar Number | 35328 |
| Firm Name | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Firm Address | 900 W. Morgan St. |
| Firm City / State / Zip | Raleigh, NC 27603 |
| Telephone Number | 919-600-5003 |
| Fax Number | 919-600-5035 |
| Email Address | sharris@milberg.com |

3