UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
3:24-cv-00277-KDB-DCK

**DENNIS HANSCOM,**

On Behalf of Himself and All Others Similarly Situated,

                  **Plaintiff,**

                  v.

**NORDSEC LTD., NORDSEC B.V., NORDVPN S.A., NORD SECURITY INC., and TEFINCOM S.A. d/b/a NordVPN,**

                  **Defendants.**

**AFFIDAVIT OF SERVICE**

I, Jordon Crowe, being first duly sworn, depose and state:

    1. In accordance with Rule 4 of the Federal Rules of Civil Procedure, copies of the summons and the complaint in this action were deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina for mailing by certified mail return receipt requested, to Defendant Nord Security, Inc., addressed as follows:

    Nord Security, Inc.
    c/o Harvard Business Services, Inc.
    16192 Coastal Hwy
    Lewes, DE 19958

    2. Process was, in fact, delivered to and received on or about March 15, 2024, as evidenced by **Exhibit A** attached hereto.

1

This the 22nd day of March, 2024.

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

*/s/ Jordon Crowe*
Jordon Crowe, Paralegal
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5008
Facsimile: (919) 600-5035
jcrowe@milberg.com

The foregoing Affidavit of Service by Certified Mail was sworn to and subscribed personally before me this the 22nd day of March, 2024.

*/s/ Scott E. Heldman*
Notary Public

My Commission Expires: 10-3-27

SCOTT E. HELDMAN
Notary Public
North Carolina
Wake County

2

# EXHIBIT A

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

9589 0710 5270 0482 2763 27

Certified Mail Fee: $
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage: $
Total Postage and Fees: $

Sent To: Nord Security Inc.
Street and Apt. No., or PO Box No.:
City, State, ZIP+4®:

PS Form 3800, January 2023 PSN 7530-02-000-9047

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nord Security Inc.
C/O Harvard Business Services, Inc
16192 Coastal Hwy
Lewes DE 19958

9590 9402 8402 3156 0443 60

2. Article Number (Transfer from service label)
9589 0710 5270 0482 2763 27

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): [name]
C. Date of Delivery: 3/15/24
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt