IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-277-KDB-DCK

| | |
|---|---|
| **DENNIS HANSCOM,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **NORDSEC LTD., et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Nord Security Inc.'s Consent Motion For Extension Of Time To Respond To The Complaint" (Document No. 13) filed April 5, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Nord Security Inc.'s Consent Motion For Extension Of Time To Respond To The Complaint" (Document No. 13) is **GRANTED**. Defendant Nord Security Inc. shall have up to and including **May 6, 2024** to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED**.

Signed: April 5, 2024

David C. Keesler
United States Magistrate Judge