IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-277-KDB-DCK

| | |
|---|---|
| DENNIS HANSCOM, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NORDSEC LTD., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Nord Security Inc.'s Consent Motion For Extension Of Time To Respond To The Complaint" (Document No. 25) filed April 24, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion. Further extensions are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that "Defendant Nord Security Inc.'s Consent Motion For Extension Of Time To Respond To The Complaint" (Document No. 25) is **GRANTED**. Defendants shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **July 3, 2024**.

**SO ORDERED**.

Signed: April 24, 2024

David C. Keesler
United States Magistrate Judge