UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DENNIS HANSCOM, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>NORDSEC LTD., NORDSEC B.V., NORDVPN S.A., and NORD SECURITY INC., and TEFINCOM S.A. d/b/a NORDVPN,<br><br>          Defendants. | CASE NO. 3:24-CV-00277-KDB-DCK |

## AMENDED NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that Jodie Herrmann Lawson of McGuireWoods LLP, 201 North Tryon Street, Suite 3000, Charlotte, North Carolina 28202, enters her appearance as counsel on behalf of Defendants NORDSEC LTD., NORDSEC B.V., NORDVPN S.A., and NORD SECURITY INC., and TEFINCOM S.A. d/b/a NORDVPN, ("Defendants") in this above-captioned case. This is a limited appearance, and all objections to jurisdiction and venue are preserved.

All pleadings, papers, notices and other communications directed to Defendants should be served on the undersigned as its counsel. The purpose of this Notice is to ensure that the undersigned counsel receives electronic notice of filings through the CM/ECF system.

This the 2nd day of May, 2024.

        McGuireWoods LLP

        */s/ Jodie Herrmann Lawson*
        Jodie Herrmann Lawson
        NC State Bar No. 42900
        201 North Tryon Street, Suite 3000
        Charlotte, NC 28202
        Telephone: (704) 343-2329
        Facsimile: (704) 343-2300
        jlawson@mcguirewoods.com

        *Counsel for Defendants NordSec Ltd., NordSec B.V., NordVPN S.A., and Nord Security Inc., and Tefincom S.A. d/b/a NordVPN*

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed with the Court this 2nd day of May, 2024, and will be served upon counsel of record via the Court's electronic filing system.

*/s/ Jodie Herrmann Lawson*
Jodie Herrmann Lawson
