IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-277-KDB-DCK

| | |
|---|---|
| DENNIS HANSCOM, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| NORDSEC LTD., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 33) filed by Scott C. Harris, concerning Jessica L. Hunter, on June 3, 2024. Jessica L. Hunter seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 33) is **GRANTED**. Jessica L. Hunter is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 3, 2024

David C. Keesler
United States Magistrate Judge