IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:24-cv-00277

Dennis Hanscom, for self/others )
)
          Plaintiff(s), )
v. )
)
Tefincom S.A. et al. )
)
          Defendant(s). )

## DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OR PROPOSED INTERVENOR OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party or proposed intervenor to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must serve this form on the other parties to this action.

**Tefincom S.A.** who is **Defendant**
*(Name of Party)*          *(Plaintiff / Defendant/Movant/Intervenor)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   [ ] Yes     [X] No

2. Does the party have any parent corporations?
   [X] Yes     [ ] No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Stitching Raveset

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   [ ] Yes     [X] No

   If yes, identify all such owners:

NCWD-Corporate Disclosure – December, 2022

Case 3:24-cv-00277-KDB-DCK    Document 38    Filed 07/03/24    Page 1 of 2

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☒ No

   If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
   ☐ Yes   ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:


s/ Adam Gahtan                          07/03/2024
Signature of Attorney                   Date