UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DENNIS HANSCOM, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> NORDSEC LTD., NORDSEC B.V., NORDVPN S.A., NORD SECURITY INC., and TEFINCOM S.A. d/b/a NORDVPN, <br><br> Defendants. | CASE NO. 3:24-CV-00277-KDB-DCK |

**DECLARATION OF SAMUEL SAHAGIAN IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Samuel Sahagian declares as follows:

1. I am an attorney at Fenwick & West. I am competent to testify and make this declaration based on my personal knowledge and records I have reviewed.

2. Attached as Exhibit 1 is a printout of the webpage depicting the General Terms of Service for NordVPN, NordPass, and NordLocker, as it appeared on August 2, 2023. This printout was obtained from archive.today, available at https://archive.fo/8nx4S (last visited June 28, 2024).

3. Attached as Exhibit 2 is a printout of the webpage depicting the Subscription Terms for NordVPN, NordPass, and NordLocker, as it appeared on August 2, 2023. This printout was obtained from archive.today, available at https://archive.fo/nSxlg (last visited June 28, 2024).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1

DATED this 3rd day of July, 2024.

By: <u>*/s/ Samuel Sahagian*</u>