# Exhibit 2

archive.today
webpage capture

Saved from https://my.nordaccount.com/legal/terms-of-service/subscription/   [search]   16 Jan 2022 13:25:53 UTC

All snapshots from host my.nordaccount.com

history ←prior next→

Webpage | Screenshot   share  download .zip  report bug or abuse

This website uses cookies. To learn more, visit our Cookie policy.   [Accept]


Nord Account

# Subscription Terms

**Terms of Service**

General

Subscription Terms

NordVPN

NordPass

NordLocker

**Privacy Policy**

General

NordVPN

NordPass

NordLocker

Cookie Policy

GDPR

Last updated: August 17, 2020

## Offer Terms

All our paid services are subscribed on a service period basis. The length of your first subscription term depends on your purchase selection. Please note that your chosen offer term may change after the initial subscription term (provided in the offer or notified to you separately).

If the offer includes a discount off the total price clients typically pay for the initial subscription of the selected term, the discount is subject to changes at the end of the initial subscription term.

By submitting your payment details, you (i) confirm your acceptance of the offer advertised; (ii) accept and agree to the Terms provided hereby; and (iii) acknowledge and agree to our **Terms of Service** and **Privacy Policy**.

## Subscription and Automatic Renewal Terms

After the end of your initial plan, your subscription will be automatically renewed, and you will be charged the then-current price of the service. For more information, read our **Terms of Services**.

**For monthly plans:** your chosen payment method will be charged at least 5 days before the next period begins unless you decide to cancel your automatic payments for the services before the new charge is made.

**For other plans:** your chosen payment method will be charged at least 14 days before the next period begins unless you decide to cancel your automatic payments for the services before the new charge is made.

## Price Terms

All prices, including recurring subscription fees, are subject to change. Any changes in pricing will be provided in the initial offer or communicated to you in advance.

June 28, 2024 (19:15)
https://archive.fo/nSxlg

## Cancellations & Refunds

If you wish to claim a refund, you can do so within 30 days following your purchase of our services.

You can cancel a recurring subscription at any time from your Nord account, iTunes/App Store, or Google Play Store. Canceled accounts will not be refunded for the unused part of the ongoing service period. For further information about the cancellation policy, read our **Terms of Services**.

English ▾

June 28, 2024 (19:15)
https://archive.fo/nSxlg
Case 3:24-cv-00277-KDB-DCK   Document 46-3   Filed 07/03/24   Page 3 of 3