IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-277-KDB-DCK

| | |
|---|---|
| DENNIS HANSCOM, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| NORDSEC LTD., et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Consent Motion For Extension Of Time To Respond To The Amended Complaint" (Document No. 52) filed August 2, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Consent Motion For Extension Of Time To Respond To The Amended Complaint" (Document No. 52) is **GRANTED**. Defendants shall file an Answer, or otherwise respond to Plaintiff's Amended Complaint, on or before **August 21, 2024**.

**SO ORDERED**.

Signed: August 2, 2024

David C. Keesler
United States Magistrate Judge