IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-277-KDB-DCK

| | |
|---|---|
| DENNIS HANSCOM, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| NORDSEC LTD., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Extension Of Time To Respond To Motion To Dismiss" (Document No. 57) filed August 27, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Extension Of Time To Respond To Motion To Dismiss" (Document No. 57) is **GRANTED**. Plaintiff shall file a response to "Defendants' Motion to Dismiss Plaintiff's Amended Complaint" (Document No. 54) on or before **September 18, 2024**.

**SO ORDERED**.

Signed: August 28, 2024

David C. Keesler
United States Magistrate Judge