# Exhibit A

# NordPass

A password manager designed to make online security as easy as it gets — for individuals and companies of all sizes. With a global team of experts dedicated to our customers' safety, we prove that cybersecurity can be exceptional and effortless at the same time.

Start Exploring





# Our mission is to develop affordable digital security products with a passion for detail: Simpler, nicer, faster, and safer.

# Our vision



## Community of like-minded people

minded people whose digital life is safe and easy.

**Jonas Karklys**

Founder and CEO

## What makes us different?



### Intuitive user experience

Case 3:24-cv-00277-KDB-DCK   Document 59-2   Filed 09/18/24   Page 4 of 11

### Neat user interface

When it comes to design, less is more. We want you to find what you need at once, prioritizing both seamless accessibility and protection of your data.

### Streamlined software and services

The cybersecurity landscape changes every day, and so do we — by constantly improving our code, providing better support, and clear communication.

### Safer by design

Security is the backbone of our company. That's why NordPass is built on zero-knowledge architecture, and we voluntarily undergo independent audits.

# We belong to the Nord Security group

NordPass is developed by Nord Security, a company leading the global market of cybersecurity products



### NordVPN

The fastest VPN on the planet, built to protect your online traffic and privacy.

Case 3:24-cv-00277-KDB-DCK   Document 59-2   Filed 09/18/24   Page 5 of 11

### NordLayer

A stress-free way to secure your business network.



### NordPass

A password manager designed with the user in mind, from simplicity to security.



### NordLocker

A powerful end-to-end encryption tool for safely storing and sharing files.

# Award-winning solutions for you and your organization



# Businesses and individuals around the world trust NordPass

Business    **Youtube**    Trustpilot    Twitter


**Steve Terreberry**
3.7M subscribers

"NordPass will make sure you never have to remember your passwords again and it'll even autofill your passwords for you. NordPass will even test how strong your current passwords are."


**TheGodlyNoob**
1.2M subscribers

"It can store your personal information and your credit card information securely in your own encrypted vault where no one has access to that information besides you."

 1.6M subscribers

"NordPass lets you save all your passwords inside one secure app that's protected by a secure password as well as face ID or your fingerprint."

## Recognized by major media outlets











## Work at Nord Security

Enough about us - let's talk about you . We're always looking for team members to help turn our shared dream into reality.

See Open Positions

| Pricing | Affiliate |
| --- | --- |
| Personal | Influencers |
| Family | Refer a Friend |
| Teams | Partners |
| IT Teams | MSP |
| Business | For Universities |
| Enterprise | For Nonprofits |
| Features | |

| RESOURCES | FREE TOOLS |
| --- | --- |
| Blog | Username Generator |
| Passwordless | Business Name Generator |
| Most Common Passwords | Password Generator |
| Frequently forgotten passwords | Password Strength Checker |
| Whitepaper | Data Breach Scanner |
| Case Study | Password Sharer |
| Business Onboarding Hub | |

| COMPANY | DISCOVER |
| --- | --- |
| About Us | Nord Security |
| Press Area | NordVPN |

Help Center

Contact Us

NordLocker

NordStellar

Authopia

APPS

iOS   Android   Windows   macOS   Linux   Web vault

EXTENSIONS

Chrome   Firefox   Safari   Opera   Edge

Privacy Policy

Privacy Policy (Business)

Terms of Service

Terms of Service (Business)

Cookie Preferences

DPA

2024  Nord Security. All Rights Reserved



English