# Exhibit D



# The founders and owners of NordVPN

This is a short introductory article on founders and owners of NordVPN. You'll find a more comprehensive overview of the topic linked below.

## Who created NordVPN?

Back in 2012, two best friends sought to create a tool for a safer and more accessible internet. Driven by the idea of internet freedom, Tom Okman

and Eimantas Sabaliauskas created NordVPN. **Learn more about the history of NordVPN.**

## Who owns NordVPN?

NordVPN is owned and operated by nordvpn S.A. Check out our **Privacy Policy** to learn more.

### Was this article helpful?

Yes    No

## Related articles

What to do if Amazon is not working with NordVPN

Does NordVPN have servers in the Philippines?

What is a jailbroken device

Avoiding local internet restrictions on MacOS

Switching protocol to OpenVPN UDP or TCP

Download the NordVPN mobile app for iOS or Android.

 

**NORDVPN**

About Us

Careers

VPN Free Trial

VPN Routers

Reviews

Student & Employee Discount

Refer a Friend

Research Lab

**ENGAGE**

What Is a VPN?

**VPN APPS**

Windows

macOS

Linux

Android

iOS: iPhone / iPad

Chrome

Firefox

Edge

**HELP**

Support Center

| IP Lookup | Tutorials |
|---|---|
| What Is My IP? | FAQ |
| Cybersecurity Glossary | Privacy Policy |
| Social Responsibility | Cookie Preferences |
| Cybersecurity Hub | Terms of Service |
| Press Area | Contact Us |
| Become a Partner | |
| **FOLLOW US** | **DISCOVER** |
| Facebook | Nord Security |
| Twitter | NordLayer |
| LinkedIn | NordPass |
| YouTube | NordLocker |
| Instagram | |

English

© 2024 Nord Security. All rights reserved · support@nordvpn.com

Case 3:24-cv-00277-KDB-DCK   Document 59-5   Filed 09/18/24   Page 6 of 6