# Exhibit E




Home My Network Jobs Messaging 25 Notifications Me For Business Try Premium f

# Tomas Okmanas · 3rd

Co-Founder Nord Security | Tesonet (House of brands)

- Nord Security

Lithuania · Contact info

500+ connections

Message + Follow More

Connect if you know each other Connect

## About

Things get done when they're done

## Activity

14,627 followers

Posts Comments

Tomas Okmanas reposted this • 6d

Saily goes B2B !

201 8 comments

Tomas Okmanas reposted this • 2mo

Stipriai per mažai kalbame apie darbą šeimos kontekste.

Vykstant moksleivių vasaros atostogoms ir kolegoms vėl ...show more

1,207 41 comments

Tomas Okmanas reposted this • 1mo

Challenging but strategic.

625 9 comments

Show all posts →

## Experience

**Co-Founder**
Nord Security · Full-time
Jan 2017 - Present · 7 yrs 9 mos
London, United Kingdom


**Co Founder**
Tesonet
Nov 2008 - Present · 15 yrs 11 mos
Vilnius, Lithuania


**Board Member / Shareholder**
Hostinger International · Full-time
Apr 2018 - Present · 6 yrs 6 mos


**Investor / Advisor / Fan**
BC Zalgiris Kaunas · Part-time
Jan 2022 - Present · 2 yrs 9 mos
Vilniaus, Lithuania


**Investor**
CAST.AI · Part-time
Apr 2021 - Present · 3 yrs 6 mos

Show all 10 experiences →

## Education


**Mykolas Romeris University**
Master, E-Business management
2011 - 2012


**Vilniaus universitetas / Vilnius University**
Bachelor, History
2006 - 2011

## Skills

**Servers**

 Endorsed by 2 colleagues at Tesonet

 Endorsed by 3 people in the last 6 months

48 endorsements

**DHCP**

Endorsed by Jevgenij Sabaliauskas who is highly skilled at this

 Endorsed by 3 people in the last 6 months

24 endorsements

Show all 50 skills →

## Recommendations

**Received**    Given


**Mindaugas Caplinskas** · 3rd
Co-Founder at IPRoyal.com
November 21, 2012, Mindaugas worked with Tomas on the same team

Case 3:24-cv-00277-KDB-DCK    Document 59-6    Filed 09/18/24    Page 3 of 6

I have a great opportunity to work with Tomas in one team while developing new and existing services and projects for both B2C and B2B markets. Tomas is results oriented and reliable IT professional and manager at the same time. He enjoys waking up at 2 am and going to solve server problems. Tomas always pushes other team members to deliver results, plan and execute.

**Igor Gubaidulin, CxA**  · 3rd
UX Architect, Designer, User advocate, Lecturer
February 20, 2012, Igor worked with Tomas on the same team

Tomas is a charismatic, clear thinking, straight forward leader with a rich set of IT skills and a deep industry understanding.
Moreover, being a skillful manager, he combines a pragmatic attitude and a good feeling for business opportunities.
Tomas always put people at the top of his priorities. He developed an organizational focus towards selecting, coaching and retaining high performing individuals that delivered quality results as a team.
It was a pleasure working with Tomas and would heartedly recommend…

Show all 6 received →

## Languages

English

Lithuanian

## Interests

**Top Voices**  Companies  Groups  Newsletters  Schools

**Satya Nadella** · 3rd
Chairman and CEO at Microsoft
11,008,391 followers

＋ Follow

**Allan Thygesen** · 3rd
CEO, Docusign
45,177 followers

＋ Follow

Show all Top Voices →

Promoted
Daniel, explore jobs at **YPO** that match your skills

YPO
Nonprofit Organization Management

See jobs

### More profiles for you

**Karina Dajoraite-Dirvonskiene** · 3rd
Chief People Officer at Nord Security

View profile

**Toma Sabaliauskienė** · 3rd
Chief Marketing Officer at Nord Security



+ Follow

Laurynas Zabulis · 3rd
Group CFO at Nord Security / Surfshark
View profile

Rytis Lauris · 3rd
Co-Founder and CEO of Omnisend (We are hiring!)
+ Follow

Gytis Gelžinis · 3rd
CEO & Co-Founder @ BURGA | PODbase
View profile

Show all

**People you may know**
From Tomas's school

Eungyeong Jun
Certified School Counselor belonging to Seoul Metropolitan Office of Education
Connect

Fabrizio Stroscio
Food&Beverage Supervisor at Four Seasons Resort, The Pearl Qatar
Connect

Tomas Suipis
Executive Sales at Ralph Lauren
Connect

Ketevan Tsulukidze
Work harder than you think you did yesterday
Connect

Simone Bortoli
Studente presso Scuola Superiore Sant'Anna
Connect

Show all

**You might like**
Pages for you

American Bar Association
Legal Services
277,997 followers
22 connections follow this page
+ Follow

United States Attorneys' Offices
Law Practice

130,780 followers
10 connections work here

+ Follow

Show all

Case 3:24-cv-00277-KDB-DCK   Document 59-6   Filed 09/18/24   Page 6 of 6