# Exhibit F

        





Home My Network Jobs Messaging 25 Notifications Me For Business Try Premium f

# Eimantas S. · 3rd

board member of many boards

- Nord Security
- Vilniaus Universitetas

Lithuania · Contact info

7,265 followers · 500+ connections

Follow Message More

Connect if you know each other Connect

## Activity

7,265 followers

+ Follow

Posts Comments

Eimantas S. posted this • 1w

If you want to start something, start with an MVP.
If you are building MVP, power it with AI.
If you are building an AI-powered MVP, surround yourself with driver ...show more

662 17 comments

Eimantas S. posted this • 8mo

Have you ever thought that when you are traveling or working remotely, getting data abroad:... ...show more

**Get Saily: Affordable eSIM plans for international travel**
saily.com

683 18 comments

Eimantas S. reposted this • 9mo

We are happy to partner with Turing College creating Digital Marketing & AI course! For everyone who is a marketing manager, small business owner or career changer, this program is for you! 🚀 ...

130 3 comments

Show all posts →

## Experience


**Co-Founder**
Nord Security · Full-time
Jan 2017 - Present · 7 yrs 9 mos
London, United Kingdom


**Investor**
Eneba Games · Part-time
Dec 2019 - Present · 4 yrs 10 mos


**Board Member / Shareholder**
Hostinger International · Part-time
Apr 2018 - Present · 6 yrs 6 mos


**Investor**
Sixads · Part-time
Jun 2019 - Present · 5 yrs 4 mos


**Investor**
PIXEVIA · Part-time
Apr 2019 - Present · 5 yrs 6 mos

Show all 12 experiences →

## Education


**Vilniaus universitetas / Vilnius University**
Bachelor's degree, Computer Science
2002 - 2006

## Projects

**Adtarget.me**
Jan 2011 - Present

 Associated with ADTARGET.ME

Show project ↗

Personalized retargeting platform for Central and Eastern Europe with global real-time bidding integrations from Doubleclick, Appnexus, Facebook and other…

Other contributors

  7

**Adclick.lt - contextual ad delivery network**
Nov 2010 - Present
  Associated with Textads, JSC

Show project ↗

A new version of adclick.lt, the largest Baltic auction based ad delivery system generating, on average, more than 24 million ad deliveries per day. Features ne…

Other contributors



Show all 3 projects →

## Skills

**PPC**
23 endorsements

**E-commerce**
Endorsed by Rytis Lauris and 3 others who are highly skilled at this

Endorsed by 2 colleagues at Nord Security

45 endorsements

Show all 26 skills →

## Recommendations

**Received**      Given

**Tomas Okmanas** · 3rd
Co-Founder Nord Security | Tesonet (House of brands)
October 8, 2012, Tomas worked with Eimantas but they were at different companies

I know Eimantas for many years, during those years we worked within several projects. Eimantas is a great marketing professional who understands not only the market but knows people well. He is very diplomatic, calm thinker, smart and reliable person. Eimantas has in-depth knowledge in programming and other technical fields - combined this with his knowledge about people and their behavior on the internet makes him a TOP level marketing and a business development expert in the market. Eimantas is good at negotiations and knows how to keep…

**Vytautas Vorobjovas** · 3rd
Co-Founder at Dotcon.io, Board Member at Baltpool Energy Exchange and Lietuvos Paštas
July 7, 2010, Vytautas worked with Eimantas but they were at different companies

I have known Eimantas since the beginning of Adclick project and it was a great experience working with him. If one needs any insights on how to plan an effective cpc banner campaign - Eimantas is the right person to contact.

Show all 4 received →

## Languages

English

German

Show all 4 languages →

## Interests

**Top Voices**      Companies      Groups      Newsletters      Schools

**Satya Nadella** · 3rd
Chairman and CEO at Microsoft
11,008,391 followers

+ Follow

**Tony Robbins** · 3rd
#1 New York Times best-selling author, life and business strategist, philanthropist, entrepreneur

Case 3:24-cv-00277-KDB-DCK   Document 59-7   Filed 09/18/24   Page 4 of 6

7,237,928 followers

+ Follow



More profiles for you


Tomas Banišauskas 🔗 · 3rd
Founder and CEO of Bored Panda
View profile


Toma Sabaliauskienė 🔗 · 3rd
Chief Marketing Officer at Nord Security
+ Follow


Rytis Meskauskas 🔗 · 3rd
Chief Revenue Officer at Nord Security
View profile


Karina Dajoraite-Dirvonskiene · 3rd
Chief People Officer at Nord Security
View profile


Vykintas Maknickas 🔗 · 3rd
CEO at Saily
View profile

Show all

People you may know
From Eimantas's company


Martina Morra 🔗
Vice Country Manager | Italia @NordVPN | Partnerships | Business Development | Influencer Marketing
+ Connect


Laura K.
SEO Content Team Lead @ NordVPN
+ Connect


Gabija Skardžiūtė
Product Marketing Research Specialist @NordLayer
+ Connect

Case 3:24-cv-00277-KDB-DCK   Document 59-7   Filed 09/18/24   Page 5 of 6

