# Exhibit G

NORD SECURITY



# Online privacy and security on a global scale

The web has become a chaotic space where safety and trust have been compromised by cybercrime and data protection issues. Therefore, our team has a global mission to shape a more trusted and peaceful online future for people everywhere.

## Our story

### 2024
Launched 2 digital products: NordStellar, Saily

### 2023
Raised another $100M investment round



There are a million reasons to join Nord Security.

Come and find yours

Case 3:24-cv-00277-KDB-DCK   Document 59-8   Filed 09/18/24   Page 2 of 9






## Our advisors



**Rytis Vitkauskas**

Rytis has been part of the European tech scene as either entrepreneur, venture or angel investor for nearly 15 years. In 2019, he became a partner at Lightspeed Venture Partners to help build the firm's European presence and global platform.

in



**Adrianus Warmenhoven**



Case 3:24-cv-00277-KDB-DCK   Document 59-8   Filed 09/18/24   Page 4 of 9

Adrianus has decades of experience in IT and cybersecurity through many different roles. Apart from being a cybersecurity advisor and spokesperson for NordVPN, he is a technical product owner in the hacker platform Zerocopter.

in



### Dennis-Kenji Kipker

Dennis-Kenji is a professor of IT security law at the University of Applied Sciences Bremen. He is an expert in cybersecurity law and a publicist on the current topics around the digital world. Dennis-Kenji also serves as an advisor to the German government and the European Commission, among others.

in

## Partners & Friends



Case 3:24-cv-00277-KDB-DCK   Document 59-8   Filed 09/18/24   Page 5 of 9

# 26
COUNTRIES

## We have a global team working around the world.





### Europe

Poland
Lithuania
Spain
Croatia
Sweden
Germany
Netherlands
France
Switzerland
Ukraine
Turkey
United Kingdom
Hungary
Portugal
Romania
Slovakia
Denmark

### South America

Brazil

### Asia

Indonesia
Japan
South Korea
Taiwan

### North America

United States
Mexico

### Africa

Egypt

### Australia

Australia

## Life at Nord Security









There are a million reasons to join Nord Security.

Come and find yours



| Products | About Us |
|---|---|
| NordVPN | Our Story |
| NordPass | Our Team |
| NordLocker | Our Values |
| NordLayer | Locations |
| Saily | Partners Page |
| Nord Security Business Suite | Partners & Friends |
| | Corporate Responsibility |
| | Leadership |
| | Patents |

| Careers | Blog |
|---|---|
| Values | Growth |
| Benefits | Cybersecurity |
| Million reasons to join | Engineering |
| How We Hire | Life |
| Teams | All Stories |
| All Jobs | World's Fastest Run |
| Refer a friend | |
| Privacy notice | |

| Press | Contact Us |
|---|---|
| Latest News | Partnership & sales |



Case 3:24-cv-00277-KDB-DCK   Document 59-8   Filed 09/18/24   Page 8 of 9

| | |
|---|---|
| Press Materials | Media inquiries |
| Annual Reports | General |
| Awards | Careers |
| Contact Us | |



© 2024 Nord Security. All rights reserved. Read our Privacy Policy.

