# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| DENNIS HANSCOM, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORDSEC LTD., NORDSEC B.V., NORDVPN S.A., NORD SECURITY INC., and TEFINCOM S.A. d/b/a NORDVPN,<br><br>　　　　　Defendants. | **CASE NO. 3:24-CV-00277-KDB-DCK** |

### DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Defendants NordSec Ltd., Nordsec B.V., NordVPN S.A., Nord Security Inc., and Tefincom S.A. d/b/a NordVPN (collectively "Defendants"), by special appearance, move for an extension of time up to and including October 9, 2024, to file a reply in support of Defendants' motion to dismiss the amended class action complaint in this matter. In support, Defendants state as follows:

　　　1.　　Plaintiff filed this lawsuit against Defendants on March 5, 2024. Dkt. 1.

　　　2.　　Defendants filed two consent motions to extend the time to respond to the Complaint, which the Court granted. Dkt. 13, 16, 25, 30. Defendants filed their motion to dismiss the original complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) on July 3, 2024. Dkt. 44.

　　　3.　　On July 16, 2024, Plaintiff filed a consent motion to extend its time to amend the complaint until July 31, 2024. Dkt. 48. The Court granted Plaintiff's consent motion the same day. Dkt. 49.

4. Plaintiff filed the amended complaint on July 31, 2024. Dkt. 50.

5. On August 2, 2024, Defendants filed a consent motion to extend their time to respond to the amended complaint to August 21, 2024. Dkt. 52. The Court granted Defendants' consent motion the same day. Dkt. 53.

6. On August 21, 2024, Defendants filed their motion to dismiss the amended complaint. Dkt. 54, 55.

7. On August 27, 2024, Plaintiff filed a consent motion to extend their time to respond to Defendants' motion to dismiss the amended complaint to September 18, 2024. Dkt. 57. On August 28, 2024, the Court granted Plaintiff's consent motion. Dkt. 58.

8. On September 18, 2024, Plaintiff filed his opposition to Defendants' motion to dismiss the amended complaint. Dkt. 59.

9. Defendants' current deadline to file a reply in support of Defendants' motion to dismiss the amended complaint is September 25, 2024. Defendants request a modest extension of that deadline, up to and including October 9, 2024, due to conflicts with other matters.

10. Defendants' request is not made for the improper purpose of undue delay. This is Defendants' first request for an extension to file a reply in support of its motion to dismiss the amended complaint.

11. Defendants have conferred with counsel for Plaintiff, and Plaintiff consents to the requested extension.

Accordingly, Defendants NordSec Ltd., Nordsec B.V., NordVPN S.A., Nord Security Inc., and Tefincom S.A. d/b/a NordVPN request that the Court grant this consent Motion extending Defendants' deadline to file a reply in support of Defendants' motion to dismiss the amended class action complaint up to and including October 9, 2024.

Dated: September 20, 2024                    Respectfully submitted,

**MCGUIREWOODS LLP**

By:  /s/ *Jodie Herrmann Lawson*
Jodie Herrmann Lawson
NC State Bar No. 42900
Jessica L. O'Brien
NC State Bar No. 56679
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2329
Facsimile: (704) 444-8785
jlawson@mcguirewoods.com
jobrien@mcguirewoods.com

**FENWICK & WEST, LLP**

Jedediah Wakefield
Ethan Thomas
Samuel Sahagian
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 650.938.5200
Email: jwakefield@fenwick.com
ethomas@fenwick.com
ssahagian@fenwick.com

Adam Gahtan
902 Broadway, 18th Floor
New York, NY 10010
Telephone: 212.430.2600
Facsimile: 650.938.5200
Email: agahtan@fenwick.com

*Counsel for Defendants NordVPN S.A., Nord Security Inc., NordSec Ltd, NordSec B.V., and Tefincom S.A.*

## CERTIFICATE OF SERVICE

I certify that on September 20, 2024, I electronically filed this Motion with the Clerk of Court using the CM/ECF system, which automatically provides electronic notice to all counsel of record.

/s/ *Jodie Herrmann Lawson*
Jodie Herrmann Lawson
NC State Bar No. 42900

*Counsel for Defendants NordVPN S.A., Nord Security Inc., NordSec Ltd, NordSec B.V., and Tefincom S.A.*