IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-277-KDB-DCK

| | |
|---|---|
| DENNIS HANSCOM, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| NORDSEC LTD., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion For Extension Of Time To File Reply In Support Of Motion To Motion To Dismiss Amended Complaint" (Document No. 60) filed September 20, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion For Extension Of Time To File Reply In Support Of Motion To Motion To Dismiss Amended Complaint" (Document No. 60) is **GRANTED**. Defendants shall file a reply in support of "Defendants' Motion to Dismiss Plaintiff's Amended Complaint" (Document No. 54) on or before **October 9, 2024**.

**SO ORDERED**.

Signed: September 20, 2024

David C. Keesler
United States Magistrate Judge