# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Dennis Hanscom, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00277-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| NordSec Ltd. | ) | |
| Tefincom S.A. | ) | |
| NordSec B.V. | ) | |
| Nord Security Inc. | ) | |
| Nordvpn S.A., | ) | |
| | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 19, 2024 Order.

November 19, 2024

*[signature]*

Katherine Hord Simon, Clerk
United States District Court